IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **JOSHUA DEAN FISH,** Defendant. | CR 21-01-H-BMM **FINAL ORDER OF FORFEITURE** |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a);

2. A Preliminary Order of Forfeiture was entered on June 17, 2021;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4.  It appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253(a);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.  The Motion for Final Order of Forfeiture is GRANTED.

2.  Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253(a), free from the claims of any other party:

- Apple, model A1466 MacBook Air, laptop computer (serial number C17N7BZ8G085);
- Apple, model A1920 iPhone XS, cell phone (serial number F17Z41U1KPFP);
- Seagate, model SRD00F1, Backup Plus Portable Drive (serial number NA9L5Z64);
- Seagate, model SRD00F1, Backup Plus for MAC Portable Drive (serial number NA7XL3DF);
- Seagate, model SRD00F1, Backup Plus for MAC Portable Drive (serial number NA7LJFNC);
- Seagate, model SRD00F1, Backup Plus Portable Drive (serial number NA7ZXFAR);
- Seagate, model SRD00F1, Backup Plus Portable Drive (serial number NA7Q7TEP);
- Seagate, model SRD00F1, Backup Plus Portable Drive (serial number NA7S7PXM);
- Seagate, model SRDOVN2, Backup Plus for MAC Portable Drive (serial number NAB46D6F);
- Seagate, model SRD00F1, Backup Plus Portable Drive (serial number NA9TKGBE);
- Seagate, model SRD00F1, Backup Plus for MAC Portable Drive (serial number NA7SRRGP);

- Seagate, model SRD00F1, Backup Plus Portable Drive (serial number NA9S901C); and
- Seagate, model SRD0VN3, Backup Plus Portable Drive (serial number NAB74WFX).

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

Dated this 2nd day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court