8/8/2021

Honorable Brian Morris,

I am writing this letter to take full responsibility for my actions, explain what I believe led me to this point in my life and express my intentions for moving forward. First and foremost, I am guilty of these crimes. There are no excuses for my actions or the choices that I made. Sexually exploiting underage girls and viewing child pornography is an immoral and deviant behavior that no man should be involved in. I deserve to face serious consequences for my behavior. I will forever be sorry to my victims and the harm that I have caused to them and their families. I have read the letter from the family of S.S. about the substance abuse that she is struggling with. I am disgusted with myself to know that I had any part in that. I know that no amount of remorse or apology can undue my actions, but I am truly sorry.

I have always struggled with self-hatred and inadequacy. This started at a young age and I started viewing pornography early on as a coping mechanism. This habit started to become a real addiction during my middle school years. Viewing pornography online soon became accompanied by participating in sexting with people in my middle school and high school. It was a very long gradual process and my behaviors online started to become more deviant. I can now look back and see the progression, but was blind to it at the time. My addiction to pornography had become a source of excitment and escape in my life. I slowly became desensitized to normal pornography and began engaging in illegal conduct. The process of desensitization was also a gradual happening that stemmed from

sexual interactions I experienced with other kids when I was young. I compartmentalized part of my life as a fantasy world and convinced myself that I was not causing any real harm. This side of me stayed hidden from everyone around me. I became more and more depressed the more I kept things hidden. This caused cycles of attempting to quit and then relapsing because I had already seen myself as a bad person with no hope. I lived in constant shame, but was too much of a coward to tell anyone or seek help. I will always be regretful and ashamed of my past, but I am glad that everything I have kept hidden has come to light so I can address this head on.

Going forward I will be vigilant in my efforts to undue the years of desensitization that went on in my brain. Honestly I am struggling to accept the length of time in prison that I am facing. It horrifies me to imagine spending that many years in such a hateful environment, but I am also confident in my ability to come out free of the issues that placed me in this situation. I am eager to prove that I can live a productive life in society without reoffending. I believe this will be done through treatment, addressing my mental health, focusing on God and keeping a strong support system around me. More specifically, I also need to stay away from pornography. I believe this can be done through monitoring, transparency with electronic devices, family/friends to hold me accountable and developing a strong moral compass in regard to specifically these habits. I am ready to leave my old problems in the past and I deserve a chance to prove that in society at some point. I hate what I have done, but I know that is not who I am or who I want to be. Please know that I never want to

Cause any more hurt like this to anyone again and I am sorry to everyone I have let down. Thank you for taking the time to read this letter.

Respectfully,
Joshua Fish

| | |
|---|---|
| **From:** | cindy fish |
| **To:** | Palmer Hoovestal |
| **Subject:** | Cynthia S. Fish |
| **Date:** | Tuesday, August 17, 2021 3:10:23 PM |

Cynthia S. Fish
5150 Hidden Valley Dr
Helena, MT 59602
406-443-7984
ceefish21@gmail.com

Re: United States vs Joshua Fish CR21-01-H-BMM


Honorable Brian Morris,

My name is Cynthia "Cindy" Fish. I am Joshua's mother. I am currently employed at Helena Obgyn and also self employed as a custodian.  I have a BA degree in Secondary Physical Education and a minor in Business from Western Colorado University, and an associate degree in Nursing from Front Range Community College in Colorado. I am very involved in my church and its outreach to the Wolf Creek MT community through a food pantry.

I am fully aware of the criminal charges that Joshua has been convicted of.  I was in shock and disbelief. This was not at all like my son and did not fit who Joshua is.  As uncomfortable as it was, Joshua in overwhelming grief and remorse, was completely forthcoming with me admitting his actions and realized  the pain he'd caused others.  He made no excuses but deeply desired to seek help, make restitution, and be allowed a second chance.  So this letter has weighed heavy on my heart not because I want to refute or excuse what my son has done, but to show you a more complete picture of Joshua who from birth has absolutely been a joy and an outstanding son, grandson, nephew, cousin, student, athlete, employee, citizen, and friend.  Never had he had any problems with the law or any other authorities!

Joshua was born in October of 1993 in Boulder Colorado where his father Dean and I were working and also managing an apartment complex near the University of Colorado, saving up to buy a home.  Joshua's arrival came with great joy and anticipation in which our friends and families shared and many were present at his birth.  We couldn't have been more excited or blessed when we finally got to meet our precious baby boy.  My pregnancy and delivery were normal. The doctor did assist the birth with a Mityvac tract device with no avail.  Joshua was 8lbs 8oz and 20 inches with an apgar of 8 and 9.  He did have a slight fever upon birth and a short cyanotic spell upon nursing at four hours old. They kept him in the hospital over night and put him on antibiotics to rule out sepsis. I stayed with him.  We later found out through a dentist, that he was somewhat "tongue-tied" (Ankyloglossia), a condition restricting the tongues range of motion, which the dentist easily corrected but explained his difficulty nursing and speaking before corrected. Lastly he did have to do light therapy at home for jaundice.

I can not even begin to tell you what a joy Joshua brought me.   He was a very energetic, happy, affectionate and social toddler. He adored his extended family who lived close by and spent lots of time with his grandparents, great grandparents, aunts, uncles, and cousins who were so good with him and did such fun activities with him.  Being a third generation "Boulderite", we also had a wonderful group of friends and church family whom Josh spent time playing with.
In August of 1996 a week after the birth of our daughter Jessica, we moved to Helena Montana where we had recently purchased a home in town.  Dean found work at Frontline Glass, then with Summit Aeronautics then Boeing in Helena.
 I was fortunate as to be able to be a stay at home mom with my children as both Dean and I thought important. In 2004 we moved from town out west of Helena where we found a home on ten acres and were able to have a couple horses, a  llama, two goats, a dog and cat which the kids really enjoyed.   As our children grew and started school, I took on various part time jobs to supplement our income, cleaning homes, offices, churches, a school, and worked at the Broadwater Athletic Club in childcare and membership processing and as a medical assistant for Helena

Orthopedics. It was a blessing to be able to help out in their schools and all their extra-curricular activities. Joshua was involved in the following:  An early movement/music class, participant in two of our Stampede parades, AWANA's church program, played on a few soccer teams in grade school and before, then baseball which was his ultimate love for many years prior to high school.  He was recruited for his excellent pitching ability by various coaches, and played on many traveling teams. He played both junior and senior Small Fry football at which he excelled. Played YMCA youth basketball, then I helped coach his 5th grad school basketball team. He went on to play on traveling basketball teams from 6th to 8th grade. He took a tap/dance class briefly (mom's idea), some piano, and attended a couple Young Life retreats.  At Capitol High School he played four years on the football team which were state champions his senior year,  two years on the basketball team and did three years of track.

Joshua attended Childs Play Preschool for 2 years, then went to Broadwater Elementary from kindergarten thru 1st grade.  We then enrolled him in Cornerstone Christian Academy later known as Helena Christian School from grades 2-7th.  For 8th grade he wanted to go to public school for sports, so went to CR Anderson Middle School, then to Capital High School where he graduated in 2012. Joshua then chose to attend the University of Montana in Missoula. He changed his major from Computer Science to Business Finance and landed an internship at Ameriprise in Missoula at which he continued to work after graduating.  He graduated with a BS degree in Business Finance from U of M in 2017. He then moved to Gilbert Arizona in 2018 with his girlfriend Kylie whom had also graduated from the University of Montana a year earlier. Josh found employment there with Dinan and Co.  I was proud of him for making his own way and supporting himself.

Throughout Joshua's school years he also participated in many community activities.  He was in Boy Scouts, coached a flag football team, participated in the NAMI fund raisers for mental health, volunteered for the Montana Special Olympics, rope skipped to raise money for The Heart Association, helped with the Missoula Food Bank and was always up for helping with any charitable event.

Joshua has many notable character traits. He is very respectful and obedient.  His family, teachers, and coaches would often comment to us on these.  He was chosen for certain teams not only for his athletic ability but because he was a "coachable kid", respectful always to adults and obedient, we were told.  He looked up to law enforcement and had a collection of Helena Law Enforcement baseball like cards as a young boy, which we still have.

Another trait which Joshua displays, is kindness, and compassion.  At the birth of his sister Jessica, he wanted to hold and kiss her which he did, and wasn't jealous but truly loving, and adored her and she him. He helped in her care, included her in his activities and play, read her books and taught her ABC's.  His kindness and compassion was also very evident in his love and care for all animals, reptiles, and birds.  He was so gentle and nurturing with them.   I hope you have viewed the video I provided for the court as these traits are so evident.

Joshua made friends easily and was very well liked.  He is just a very approachable and nonjudgmental soul.  From a very early age he demonstrated empathy beyond his years for both people and animals.  For example, when we were visiting the Humane Society, Joshua found the most rough and matted looking cat that no one was paying attention to, and that's the cat he wanted to take home.  Another even more recent example is when he had first been arrested and put in the Helena jail.  There was an inmate who had mental issues in with Josh and while talking to me on the phone from jail, Joshua was very bothered by the fact that this person was even in the jail, but even more concerned that this individual was being "picked on".  I asked Josh if he could maybe help him to which he replied that on one occasion he had stepped in and was able to say something to the aggressor to diffuse the situation. In his calm, non threatening demeanor I am sure he did.

Joshua is also very considerate, thoughtful and thankful.  He puts great effort into gift giving, letters and thank you's, as evidenced by the many cards we all have from Josh.  In grade school he surprised me by asking for help in writing a letter to one of his favorite baseball coaches who had to leave to serve in the military.  He was concerned for his safety and thankful for his service.  I have those letters.

Joshua also has a nice balance of humility, not pretentious but also competitive, and persevering.  This was evident in his sports.  He was a team player, never seeing himself above his teammates but working hard to prove his worth. Nothing bothered him as much as someone who "brown-nosed" the coaches.  He personally dealt with some disappointments in high school sports, but he persevered never quitting.

He also has a good sense of humor, loves to tease his sister and I love to hear them laugh when they are together.

Josh was voted "Most outgoing" in his high school yearbook.  He is fun to be around.

The last trait I will mention, is that he has always shown himself to be responsible and takes responsibility for himself. This was seen in his good grades in all the way through  school and the success he had in athletics and in his employment.  As parents, we never had to hound him and he worked independently.  Upon his recent arrest in Arizona, although not proud of what he was doing, I was very proud that as we had taught our children, he fully cooperated handing over everything plus and fully confessed not asking for representation.

Joshua's negative characteristics would be that he is extremely hard on himself, has low self-esteem and can be pessimistic at times.  Looking back, I so wish that I would have explored these feelings with him as they did not seem to add up!  He had some hardships in life that looking back, I do believe played a huge roll in his later choices, so I respectfully ask you to consider what I am going to share.  Joshua was bullied between the ages of 5-8 by a neighborhood boy who was a couple years older, lived on our street and went to the same elementary school.  This happened both in and outside of school.  Josh was teased and called names, such as "wuss" and thrown down and hit by this boy.  We did approach the school principal at the time but nothing changed.  This is one reason we put him in the private school along with the opportunity to learn biblical theology.  Joshua is not a fighter, not violent, and avoided confrontation.  He has never been in a fight.

Another incident that absolutely horrified me as a mother and which Joshua had kept deep inside letting no one know, until now, was an inappropriate sexual encounters that he had with his friend and his friends older brother between the age of 6-8 years old.  The brother who was two years older than Joshua and his friend was the initiator of these acts that happened a few times over a two year period as best Josh could recall.  I cringed upon hearing this because I vividly remembered back on a time when this particular friend had asked Josh to spend the night, and Joshua was a bit quiet and didn't want to.  Believe me, this was completely out of character for Josh!  I asked him as to why he didn't want to spend the night at Tylers house and really didn't get a reason, so thought maybe they had a spat or something. It absolutely breaks my heart knowing this now.  Josh said that this surfaced in his mind and bothered him in high school.  I asked him why he hadn't come to his father or myself to which he replied that he felt like he couldn't talk to us about that sort of thing.  I have great guilt and admit that we were pretty conservative in that area which I am sure made it difficult for Josh plus the fact that Dean and I were also struggling in our marriage.

I have researched and found that "early sexual awakening" in a child before adolescence, often affects decisions and choices made later in life.  The trauma of a sexual encounter such as Joshua had, can create a feeling of shame and an overwhelming sense of self-hatred! This lined up exactly with what Josh recently discussed with me in our many hours of deep conversation regarding his actions.  Joshua told me that as far back as he remembers, that he never liked himself or thought he was liked.  Ask anybody who knew Joshua and this couldn't be farther from the truth and absolutely blew my mind!!  Joshua also had night terrors as a child which we couldn't understand but found out is also something associated with early sexual trauma.

Something else that was hard on Joshua, more so than I realized, was the divorce of his father and I in 2017, after thirty years of marriage. Years before the divorce we grew apart and although there wasn't fighting or abuse and we were  civil to one another, as sensitive as Joshua is, I am sure that he felt the tension between us.  I am certain  that this exacerbated his personal negative feelings and depression that we all noticed in his college years. I have shared these very personal things with you not to minimize or excuse Joshua, but to try and  understand why these choices might have been made within an otherwise beautiful life!

Joshua is so devastated by what he has done and painfully sorry.  He has shared openly and in humiliation with family and friends and sought counseling.  He went to two different counselors then found a group counseling session that his attorney recommended and also got into a "Celebrate Recovery" group that was very supportive and helpful.  He also sought out help in written sources, and tried to research pornography and sexual addiction. He also attended church with me and met with our pastor, and his grandmothers pastor. He was seeking for help and answers and was hungry for rehabilitation. I know that the first step in rehabilitation is admitting to your addiction or problem and he was so glad that this secret that he had kept hidden for years and was making him so miserable, was now out  and  he could address it head on!  He said how for so long that he had tried and couldn't kick this but wanted to stop more than anything!  The pain in his voice upon speaking about this was overwhelming!  He realizes that he must be punished for the terrible pain he's caused and wants help and desperately wants a second chance in life to redeem himself  and pay restitution. He was addicted to pornography and it takes a person further then they want to go! I am positive that Joshua wasn't thinking he was harming someone and would never physically hurt a

child.  We talked about why he downloaded and saved this pornography and he didn't know and said that a lot of it he didn't even look at, just downloaded.

So in conclusion, I fully recognize the seriousness of Joshua's crimes as I too have a daughter, so it resonates heavily on my heart.  I know he deserves punishment, but the recommended minimum time seems excessively harsh and severe! Joshua needs hope and help.  I see no advantage for anyone in keeping him in prison fifteen or more years, and sincerely worry about his safety and mental state. As a mother, I carry this burden with Josh and I too need hope.  The eight months of jail time that Joshua has already served, has began to take a toll on him as he struggles with the constant vileness of the criminal minded individuals who seem to choose this lifestyle being arrested over and over.  If given a second chance, he will do well, I have no doubt! He does not want to go back.  He has cried speaking about how he wants a wife and family and doesn't know if this will ever be possible now because of the stigma his crime holds.  If asked, I would recommend no more than five years, which I think is more than enough to teach Joshua a lesson.  He has zero prior offenses and has been a hard working and contributing citizen. Joshua is truly repentant and a perfect candidate for rehabilitation.  I, along with many  family members and friends, will walk through this fire with Joshua and when he is released; house him, employee him, encourage continued counseling and his growth in his faith, hold him accountable, and in every way support him.  I love him unconditionally and will always.

Your honor,  I come to you with a broken heart and humbly ask for mercy for my son.  I hope you will find Joshua's life to warrant a sentence less than the recommended guidelines.  I will respect your decision and appreciate your time in reading this.


Respectfully submitted,


Cynthia Fish

Honorable Brian Morris-

My Name is Dean Fish, I am Joshua's Father.  I am a manager for Boeing and have been for 19 yrs.

This situation with josh and the charges against him have been the most devastating event in my life and for our family as a whole.  I still vividly remember the day he was born and how proud I was, my first born!  When his sister was born he was a very proud big brother and watched over her and wanted to help take care of her.  I think he didn't get as much attention as he did before his sister was born as after she was born, but he never complained about it.  In High School they had different groups of friends and they were not as close on the surface at that point but underneath they still cared a lot for each other.  Josh would still kind of watch over her and when he heard someone was treating her bad he would check into it.  Josh was never a violent type, I wish he would have been a little more aggressive at times.  He did not always stick up for himself like he should of but he would stick up for others.  Josh was brought up with a "turn the other cheek" mentality from his mother which I think made him a bit passive and contributed to that.  One example, he was in Tap Dance class and did not want to be there.  He participated for awhile to make people happy, then finally,  one day he finally spoke up for himself and said he was done.

Josh always seemed to have a compassionate heart.  I do not remember the name of the kid, but there was a kid in High School that got picked on and didn't have any friends.  Josh would tell the others to leave him alone and Josh would sometimes eat lunch with him.  He always felt for the underdogs.  Josh was voted most "Outgoing" in school which was kind of a shock to everyone, including Josh.

 Josh was a very happy kid growing up.  He was always very popular, had a good sense of humor, made friends easily and had a core group of friends that he grew up with and stayed in touch with as best he could although we all tend to separate as we grow into our own lives.

Joshua started in public school at Broadwater Elementary.  He got along well with the teachers there and was liked but had to deal with a bully.  A boy named Tyler was physically abusive to Josh and caused several physical injuries as well as who knows psychological injuries.  The teaching staff did as much as they could to help but that was limited.  The Principal was no help at all, did not care, so we pulled Josh and put him in a private Christian school.  He did well there, but I don't believe he was all that happy.  His love was sports and the school only offered minimal opportunities because of the small size of the school.

He and his sister were pulled from the Christian School and put into public school when Josh was in 8th grade.  This was a total shock to Josh's system.  The culture was completely different than in the Christian school and I think may have started his bad habits.  This is when cell phones were just becoming popular and explicit photos were being exchanged by the kids.  Josh used to tell me the girls were sending him photos and videos that he was not asking for.  I don't think he knew how to handle it.  We did have some conversations around it and I thought it was under control because I never heard about it again.  I think that was a total over stimulation for his brain.  I have guilt now for not following up on the situation.

Through his high school and college years he was just such a normal all American kid.  He played football and basketball for Capitol High.  He went to the State Championship in Football and won with his Team.

He excelled in baseball too (his true love) and played on a traveling Team all thru junior high and high School.  He also loved riding dirt bikes with his buddies.

I realize the seriousness of the charges against him, the impact it has had on our family and I can only guess the impact it has had on his victims.  I feel for those families and am sorry.  It is so shocking because I never saw this in him or had any idea it was going on. No one saw it, including his girlfriend that he lived with.  This type of behavior seems so out of character for Joshua.  He never really caused us any trouble as a kid growing up.  He was not perfect and had to be punished at times but overall he was just so easy to raise.

As he grew up, sometimes Josh would get caught up in the crap that goes on in the world and get a little down.  Understandably, his view of politics and the way our government works gave him a somewhat pessimistic attitude but he would always listen to people and their views.  He was frustrated with how long it was taking for him to start making good money.  His job put him in an environment where a lot of money was trading hands and he wanted to be more a part of that.  He was a little envious.

I am not putting the blame on anyone else, but it is my opinion that the constant exposure to what girls were sending him on his phone was just too much at an early age.  He got addicted to it and couldn't stop and didn't know how to ask for help. After he was caught he told me he was too embarrassed to ask for help.  He knew what he was doing was wrong and did try to quit but just couldn't he told me.  I think getting caught was, in a way, a big relief.  He has done a lot of reflection on his life and did tell me he was molested by a couple of boys at around age 10?  He has not given details and won't talk about it much.  This was another shock to me! Since being caught he immediately sought help thru a bible study class with other offenders and thru a counselor.  Josh initiated all this by himself because he wants to repair himself.

I visit him in jail now and I plan to continue to do so.  I know other family members also visit and will continue to do so.  I know he needs to be punished, and he knows he needs to be, but I truly believe he can be a very productive member of society after this and a lengthy jail term will not benefit him, his recovery or society.  This is one of those cases where a good person did something wrong and deserves to be punished but the proposed punishment seems to be out of proportion.  It is amazing how many cases are on the news where people abuse or kill children, murder someone or get caught selling meth and get 3-5 years?  I believe a 3-5 year sentence would be appropriate here!  Josh will have a solid support system when he gets out to help him and get him back to being a productive citizen and living with the label of a child molester.  He fully comprehends his situation, the seriousness of his offense and the impact to everyone.  Maybe he could have a positive impact talking to kids in school about his case to help others get help early?


Thank you,

Dean Fish

August 7, 2021

Honorable Brian Morris,

My name is Patricia Fish.  I am aware that Josh has been convicted and will soon be sentenced.  I am Josh's paternal grandmother and widow of his grandfather, Dave, who passed away in 2019.  Josh travelled from Arizona to be with the family to scatter his ashes and was a great comfort to me at that time, as always.  My role in our family was homemaker and community volunteer, so before our son and his wife moved their family to Montana, I was able to spend considerable time with Josh as a young child.  We formed a special bond that has lasted through the years, regardless of the lessened amount of time we spent together.

It is important that you understand that although I have always adored him, I am very capable of recognizing and admitting what I see as his faults.  I have another grandson who at 40 is a responsible and successful citizen now but as a troubled teenager found himself in court where I testified against him and for whom I could not have written a letter of commendation.

In 1999 Dave retired and we moved to Helena so we could spend time with Josh and his sister Jessica.  He was always respectful and tender-hearted and easy to enjoy while Jessica was high-spirited and always stuck up for herself.  I believe he became somewhat a peacekeeper and placater.

Dean's wife Cindy had parenting skills that always reflected the female dominated family she grew up in.  Girls were highly prized and always in control.  Basically, Cindy did what she had been taught to do.  I remember that she was often very harsh and know that she has tried to make Josh feel responsible for her wellbeing.  My son Dean struggled between leaving her and staying in a 2-parent family for the benefit of his kids.  He was an attentive dad and I remember him showing up somehow for every celebration, recital or game despite his work schedule.  Cindy was always there, too, always with a camera in hand.

As Josh left Christian grammar school to attend 8th grade at public middle school, he (as we now know) found a different population of students who were passing around inappropriate pictures of one another on cell phones and computers.  He joined in.  BEGIN porno addition that he kept totally to himself until a swat team came to his door at age 26, living in Arizona with his schoolteacher girlfriend of six years.  I believe in many ways it was an enormous relief except for the shock and dismay it caused his lady and all of us.  He had wanted to propose to her but couldn't until he rid himself of his addition that he tried to do several times but was unable.  Whenever we visited by phone it was clear to me and to Dean that Josh was troubled but could not talk about his problem.  His girlfriend attributed his depression to thoughts about his job.  Fast forward to his arrest in Helena and time out on bond.  In my journal I noted that we talked one day for six hours here in my home and there were many additional talks.  I learned a great deal:

- I came away realizing that Josh has sometimes not followed his own thinking, relying on others to influence his actions.  When exposed to porno it seems it was one thing that he could do independently.

- He shared that although he loved baseball (and was exceptional at it) he quit that sport to play football in high school because his buddies chose that sport.  He was not happy with that decision.  He was not exceptional at that and ended up getting hurt.
- He saw that others developed a hobby or pastime that really interested them, but he never did.
- For a period of time as a teen he became disenchanted with Christianity. Fortunately, that has changed.
- His experience in dating taught him that girls were game-playing with him and that confused him.
- He was very aware of the lack of affection between his parents but was surprisingly affected by their divorce after 31 years when he was 25 and living in Arizona.
- He was also aware that his mom avoided visiting with our family as hers was more important.
- He is totally puzzled about how he allowed himself to fall into the porno trap and I have heard him describe himself as scum, and other negative terms.  His guilt is sometime overwhelming.

I have told Josh that I believe he has never learned to be assertive or to promote himself adequately.  He did, however, interview well enough to secure an internship for his senior year and a promising position in Phoenix.  He has been an exemplary employee.  With the exception of the current situation my honest evaluation of his character is that he has always been honest, loyal, clean-cut, very well-liked, and responsible.

During the time he was home after his arrest he sought and attended counseling and a bible study addiction recovery group.  He is acutely aware of his need of treatment.  Josh is seriously repentant and bought a small radio so he can listen to sermons.  He also reads the bible and has participated in prayer sessions.  There is no doubt that Josh is committed to a life free of addiction and to contributing in a positive way to society.  I believe his calm nature has already had an effect on the men in his pod.  His dad and I visit him in Great Falls and find him working hard to think about how he allowed himself to get where he is and is relying on his own decisions.  I am impressed by the sympathy he has for the prisoners whose families do not support or visit them.  He always shows gratitude for the support he receives from his family.  He is well aware of how difficult it is to reestablish a constructive life living as a registered sex offender.

I am 78 years old.  My main goal in life now is to be present when Josh walks out a free man.  In the meantime, we will visit him as often as possible depending on the location of his placement.  I, along with other family members have the ability, resources, and desire to be helpful to him to start anew.

Thank you for reading and regarding my letter.


Patricia Fish
1021 Stuart Street
Helena, MT  59601
Phone 406-443-2170

Honorable Brian Morris,

My name is Kylie Myers and I am writing this letter on behalf of Josh Fish. I am a teacher in Gilbert, Arizona.  I previously lived in Missoula and Great Falls.

Josh and I were in a relationship for six years. We were together from May 2014 - June 2020. We met our sophomore year of college. Josh is the most kind, genuine person I have ever met. My friends and family fell in love with him right away. We had a wonderful relationship. Josh was consistently kind and thoughtful. He has a calm demeanor, never quick to anger. Josh is kind to everyone he meets and always looks to help people in need. On multiple occasions I witnessed him purchase food and water for homeless people on the street. He has a heart for people who are broken.

It was heartbreaking to learn of Josh's charges. It was extremely shocking. It did not seem possible that he was capable of doing something like this. I spent months trying to understand how this happened. I learned that this comes down to addiction. Josh saw things at a young age that no child should see. He has spent the majority of his life struggling with this addiction that he desperately has wanted to overcome but didn't know how. I know that Josh has to answer for his crimes, but I can tell you that all he wants is a second chance. A second chance to get the help that he needs and to live his life helping others.

I hope you can see the man we all know and love. The kind, gentle soul who cares about other people. I hope you can have mercy on him and give him the opportunity to help others who struggle with this awful addiction.

Thank you,

Kylie Myers

3926 S. Bridal Vail Drive

Gilbert, AZ 85297

406-750-2522

Kyliemyers75@gmail.com

July 29, 2021

Honorable Brian Morris,

   My name is Cheryl Myers and I am writing to you on behalf of Joshua Fish.  I am an accountant, residing in Gilbert, Arizona and am originally from Great Falls.  I have known Josh for the past seven years.  He and my daughter, Kylie, dated for six years until his arrest one year ago.

   Josh's arrest on child pornography charges was devastating.  As the mother of three girls my heart aches for all the victims.  As someone who knows Josh well and loves him like a son, my heart aches for him as well.  He too, was a young victim of sexual abuse and sadly the cycle continued.

   Josh did not grow up in a home that fostered communication, compassion or love.  Following his arrest, he told me that he never knew the love of a family until he joined ours.  I believe this was a large part of why he felt he could not tell anyone about the abuse and subsequent addiction.

   The sexual addiction Josh fought is contrary to his true character.   He is a respectful, responsible and caring young man.  He became an integral part of our family and we watched him treat Kylie with patience, love, respect and gentleness.  We miss him greatly.

   Josh and Kylie met in college and from the beginning I noticed what a hard worker he was.  He worked long hours and still kept up with his classes.  He got by on very little money and never complained.  He didn't want a hand out and always tried to refuse any help from us.  Even though he had little, he shared without hesitation.  His compassion for the homeless and less fortunate was obvious as we watched him share the little he had.

   That is the true Josh.  The compassionate, generous, gentle soul.  He and I continue to correspond and I know his goal is to help other young men overcome this insidious addiction.  He has the temperament, communication skills and experience to be very successful.  I hope his sentence is short enough that he can have this opportunity to work with others to help stop this awful cycle of abuse and addiction.

   I will be here for Josh to help in any way possible.  He is always welcome in my home and he has my full support.  I deeply appreciate any leniency you feel is warranted for him.

Thank you,

Cheryl Myers

3926 S. Bridal Vail Drive

Gilbert, AZ 85297

406-750-1758

Pcmyers5@charter.net

August 12, 2021

Honorable Brian Morris,

My name is Linda Devereux and I am Joshua's aunt. I reside in Longmont, Colorado and am the Administration Manager for Health Luminosity, a Chiropractic Firm in Boulder. My husband and I have a 23 year old daughter and a 19 year old son. We have served at our community church, Calvary, for 25 years.

I have known Josh his entire life and have always been honored to call him my nephew. One of the highest points in my life came in 1994. I had just resigned from a demanding role at a marketing agency to be an independent consultant. This gave me the opportunity to have Josh every Friday, and I cherished each second. Mind you, this was something I asked Josh's parents if I could do, not the other way around. My husband and I loved spending time with Josh. He was a precious boy, full of joy, curiosity and love for his family.  Even at a young age, Josh was polite, obedient, and thoughtful of those around him.

Josh' sensitive and gentle heart is seen and felt both in the presence of family and friends, and out in the community. We went to the park and Josh noticed a kid being shunned by the other kids and left alone. He immediately went over to this boy and asked him to swing. Over the years, he has shown a heart for the underdog because it bothers him to see others in pain. His thoughtful heart extends to animals as well. I'll never forget the care and gentleness he showed for his dog, 2 goats, and llama while he taught my son how to feed and walk all of them.

This isn't just any kid I'm giving a character assessment about. My kids have 10 cousins, and Joshua Fish is the one both of them look up to as an example. Why? Because he let them jump on him when they were toddlers and took the time to get to know them. His sister went through a "bossy" phase, and just to please her, Josh chose the high road and acquiesced to her requests. He didn't want to be in a play, but he did it to make his sister and cousins happy! His sister directed a play assigning roles to Josh and the rest of her cousins. With Josh being the oldest, the level of success and cooperation of the younger cousins hinged on his attitude. So what did Josh do? What he always does; he put everyone else before himself and made the play a fun (and humorous!) event. He took cues from his younger sister and played the role of "obedient prince". Since Josh accepted commands, my younger kids followed suit, and all involved had a blast. This is who Josh is at his core. They performed for all of us adults and had everyone in stitches.

Josh has been nothing but kind, trustworthy and respectable with my kids. I completely trust Josh with any child and am confident he would NEVER intentionally hurt anyone. Josh is almost 5 years older than my daughter and almost 9 years older than my son. Both of my kids adore Josh, long to be around him, and look up to him as a positive role model. Not just with family, but in his community as well. He has excelled in school, is very well liked by his teammates and classmates, and adored by his teachers. Why is this? Because he is respectful of authority and thoughtful toward others both in word and action.

I have always appreciated his expression of gratitude and respect. When we'd take Josh to a baseball game or give him a gift, we would immediately receive a call, letter or card. As he grew into a young man in his 20's, he continued to reach out, write letters and inquire of his family. Josh cares about other's well-being and consistently shows his genuine heart to us. Those outside of the family notice as well. For instance, my friend's co-worker would ask me to let her know when Josh would be in Colorado again, so she could visit with him. The expression "He's such a great kid" is all we hear from those who know him.

The only negative trait I have seen in Josh is not sticking up for himself. True to his gentle and non-confrontational personality, when a fellow student aggressively ripped a marker out of Josh' hand, he passively walked over to the table I was sitting at and didn't say anything. Josh remained quiet and I made the student give it back.

I am aware of the severity of the criminal matter Josh has been charged with, as well his sentencing set for September 23rd, at which I will be present. I was shocked to hear of his offence. I learned the news by phone from Cindy (Josh's mom) and shortly after from Josh himself. It goes against everything I know about Josh. That he would

intentionally do something, anything, to hurt another human being is completely counter to his character. I know his friends, sister, extended family, coaches, past teachers /pastors and employers would confirm my statement.

I believe Josh did not understand the ramifications of his actions, nor the pull looking at pornography holds. Had he understood, he would have sought help. He spoke of his offense with huge remorse and knows he should have serious consequences. I would bet my LIFE on Josh never ever repeating this offence because it goes against his inherent character! He is painfully aware of his bad choice of actions and has expressed his remorse to me personally. Please consider a light sentence for Josh and a second chance to prove he will be a positive influence on and contributor to his community. I know Josh will help others and contribute to society.

At the time of his arrest, Josh was working as a Financial Consultant in Arizona. Prior to that he had been working at a Financial Institution in Montana where I had the opportunity to meet his boss. He was pleased with Josh' contribution to the company fresh out of the University of Montana. It would be incredibly sad to see a human being like Josh be sentenced to many years in prison. That a young man's life could be destroyed because of a terrible error in judgement, goes beyond understanding. It is a serious offence and punishment has to be rendered. I know that Josh did not understand he was hurting anyone. He has not been violent to any human being.

Given the nature of the offence, I imagine it takes a huge amount of humility and courage to talk about this with his family. Yet he has done exactly that. Josh has told me personally that he is glad he got caught because he wants to stop. He has also repented in our conversations many times. Yet incarceration is taking an enormous toll on us because we see hope being stripped away from Josh. He is struggling to maintain health both mentally and physically. Our conversations are mostly about the hope in surrendering to the sovereign Lord Jesus. Josh is struggling with the mental toll this environment holds; he reads books of the Bible when possible and says he gets through "one day at a time, sometimes one minute at a time". I do not minimize the severity of the offence. I do ask that you consider a 3 year sentence with community service and a holding appointment he'd serve helping others avoid this offence. Please consider his track record of zero trouble with the law up to this point, and please take to heart his character assessments from those who truly know him.

We have great concern for Josh' safety in incarceration. The foul language and violent environment has already taken a toll on him. Please consider Josh' character, remorse and capacity to exist as an upstanding contributor to society, when you sentence him.

Having Josh for a nephew has been a significant blessing in my life. I treasure my relationship with Josh and will continue to walk through this phase of life with him.

I have known Josh to be respectful and obedient to his parents and grandparents, who love him unconditionally. He went to both public and private school, as his parents wanted to give him a formidable education both academically and spiritually.

If given the chance, I would hire Josh as a consultant, give him a place to live while he sought help related to his offence, and trust him with my family and friends. He is repentant and wants to seek help. Please give him a chance.

Respectfully,

Linda Devereux                                          Contact Information:
Jay Devereux                                            1011 Kay St.
Gretchen Devereux                                       Longmont, CO 80501
Dylan Devereux                                          720-203-1331 (Linda's cell)
                                                        lindadevereux4@gmail.com

Jennifer L Henry
595 Confluence Avenue
Durango, Colorado 81301
970-799-6200
henry.jen6@gmail.com

Re: United States vs Joshua Fish CR21-01-H-BMM


Honorable Brian Morris,

My name is Jennifer Henry, I am a mother to two grown children and five grandchildren, I have been a registered nurse for thirty three years, the last 9 years at Animas Surgical Hospital in Durango Colorado.  More specifically the aunt to my nephew Joshua Fish who was convicted of a sex/child pornography-related offense. I have been close to Josh and involved in his life since his birth twenty seven years ago.

When my dear sister Cindy, Joshua's mother informed me of what had taken place, there were no words for my surprise and shock.  This event  could not have been less like and further from the character of "the Josh" I have known his entire life, than anything I could have fathomed. Josh in just a few words has been kind, considerate, polite, respectful, loving, ambitious,disciplined and "by the book," always concerned with doing things "just right."  I always thought he "had the world by the tail" and was destined for great things.  The only negative aspect of Josh's character was his demand for perfection in himself, thus also making him extremely hard on himself resulting is struggles with not feeling he measured up, and low self esteem.

After Josh's initial arrest, when he was out on bail and living at his mothers house, I took time off from work to spend a week with Josh for the sole purpose of offering support and encouragement during the most difficult time in his life, and also attempting to understand from Josh what had happened and how this situation had come to pass.  This dear young man completely owned his crime without excuse or justification, just shame and sorrow.  Joshua verbalized how he had wanted to stop this, in his words "despicable behavior" for quite some time but did not know how.  He stated how thankful he was for the end of something out of his control.  I think Josh was also trying to make sense of this and grasp just what had taken place, the whys and what may have led him to this very very dark and wrong behavior so completely out of character for him.  Joshua is a good man who made a terrible mistake, owns this mistake and wants more than anything to heal and go forward in the right direction.  The remainder of his life has been exemplary, this is not who he is.

Joshua and his sister Jessica come from an exceptionally good home with a steadfast christian upbringing.  Their parents were devoted to them and worked hard to put them in a private christian school during their early years up until highschool.  Their father Dean always held

down good employment to support the family while their mother Cindy mostly stayed at home, and also picked up cleaning jobs for extra income, she was devoted to providing a good home for her children.  Cindy and Dean were hard working "salt of the earth" people and parents,who were family oriented in every way and very much loved their children. Joshua was also always surrounded by a big extended family and grandparents who lived in the same town that he spent time with.  Joshua was brought up in a home that was law abiding and taught good values, the difference between right and wrong.  This was not only taught but lived out.

Josh was just always just such an awesome kid, kind and loving, gentle toward his little sister, the biggest heart there ever was, always thinking about the wellbeing of others.  Joshua also loved and cared for animals, so concerned and loving toward them.  My really good memories were of Josh in highschool, a good student, active and excelling in sports, very disciplined and devoted.  I remember Josh having many friends, close long term friends who were loyal to him. Josh was also extremely caring and respectful toward adults.  Josh would always take the time to sit and talk with me and hang out, and again always so polite, respectful and considerate. Josh was ambitious and after highschool went on to University of Montana earning a degree in finance.  From there Josh secured a great internship with a good company and was hired.  Josh was faithful and diligent to keep this job  and in fact was still doing this when arrested.

On another note, Josh had a long term girlfriend during college and up until the time of his arrest.  Kylie absolutely loved and adored Josh, she was completely devoted to him and still is. Kiley and Josh were living together at the time of Joshua's arrest.  Josh told me he had not asked Kiley to marry him yet because he wanted to first give up his horrible addiction and behavior so as to start with a clean slate, he was thinking of Kileys wellbeing.  It was extremely important to Josh and his hope was to marry Kylie and have a family with her.  Josh had verbalized it was his plan and goal to have success and stability with his career, save money and purchase a home, marry and raise children but first he knew he must stop this detestable behavior.  Unfortunately he was unable to do so until the arrest which as previously stated, Josh was grateful for.  Also to Josh's credit Kylie is still standing by him with hope, as are her parents.  This in itself speaks volumes to me.

Thinking of the future for Josh, he needs to have some hope that he will have a life after serving his time and not carry this label for the remainder of his life.  It was one big mistake, it is not who Josh is.  Many of us have made huge mistakes but learned from them and have gone on to be a much better version of ourselves because of that.  Why should Josh not have this chance?

Josh has stated over and over nothing but deep sorrow and repentance toward these despicable actions.  Josh verbalized at the start of this, he felt one bad decision just kept escalating until it was a fulblown problem out of control.  I am not excusing his behavior in any way but it seems to very much resemble any addiction.  Josh stated he wanted more than anything to stop but was unable.  Josh, unlike many who are not sorry for their actions but instead sorry they were caught, stated he was glad for the arrest as it put an end to this behavior that he hated and desired more than anything to shut down.  When the Federal Agents

came to his home to arrest Josh, Josh gave them everything he had, he came completely clean with them, admitted to all his mistakes and went willingly not requesting an attorney.

Please know and understand who Josh is. This horrific behavior was a terrible mistake but a very small part of Joshua's life. When caught, Joshua verbalized feeling thankful that this part of his life was finally over and he willingly surrendered everything he had. It is very difficult for me to understand why individuals who kidnap, rape, murder and imprison these children are given a sentence far less than what Josh is facing. The huge amount and problem our society has with child pornography is overwhelming. Parents and grandparents need more than anything to educate their children both male and female about this degradation in society. What it is, what horrors it will lead to, how to say no and report this to a trusted adult. These children and young adults need to know how to protect themselves by being responsible for their actions and doing the right thing, choosing the right thing, choosing and taking the right action.

Josh's actions and imprisonment have been and are completely devastating not only to Josh but to many many people who know and love him. It seems the length and severity of the sentence in proportion to the crime is way off balance. Yes Josh absolutely should have punishment for this crime. He also needs to have something to work toward, some hope for growing, healing, and then moving forward with his life on the right path, contributing in a positive way to society as he had done up until this big mistake. Seems our society's approach to crime is punitive versus rehabilitative and it is not working. Josh's behavior was wrong but we all make mistakes and have had the chance to do better. This should not ruin the remainder of Josh's life, leaving no hope. There should be help, guidance and rehabilitation for him. Josh will grab onto that like life itself, he will embrace that chance and much good will come from it , for him and others. This is what he does and who he is.

Myself and many many others who know and love Josh will be here waiting for him at the end of his imprisonment. We have a family full of hard working and successful individuals who will be there to welcome Josh. We will provide housing, jobs, ongoing support and love for Josh as he rebuilds his life. We will do this because we know him, know his character and who he is. Which one of us has not made mistakes and then was so very grateful when someone believed in us anyway and gave that chance when we knew it was so undeserved. There is no pause for hesitation in any way that Josh would resort back to this crime again once his sentence is completed. That is why I will be here waiting with open arms to not only welcome Josh home but also celebrate that he will again be a contributing and beautiful part of society. I know he will help, benefit and positively influence all he comes in contact with, just as he has always done. This world needs more individuals out there like Josh.

Josh needs help and support, he is a gentle soul and a good man and I know without any doubt he will overcome this struggle and be better for it. Once again, Joshua will contribute in a good and positive way to life and the people who surround him. If given that chance he will embrace it with all he is and has and put effort into it as he has with every other aspect of his life. Please look at this young man not just through one incident but the vast majority of his life, and use

these testimonies of people who know him well, in making this extremely difficult but crucial decision that will determine  the remainder of this young man's  life.

Sincerely and Thank You,

Jennifer L Henry

Honorable Brian Morris,

This letter is regarding Josh Fish, who will be sentenced soon in your court.  I appreciate you taking the time to read, as I am sure you are very busy.

I must admit I am very hesitant to write this letter.  I have many personal qualms with the subject matter and the crimes that Josh has committed.  I worked in law enforcement for 20 years, 13 of which as an Agent at the Division of Criminal Investigation (DCI) with the State of Montana, Department of Justice.  The last 3 years of my work there, I was an Agent in the Computer Crimes Unit (CCU) and was employed as a Certified Forensic Computer Examiner (CFCE).  I am sure you are familiar with Jimmy Weg, as he was (and is still) the utmost expert and trailblazer of forensics in the State of Montana, nationally, and even internationally.  I often told people in the field that I wished I knew just the facts that Jimmy forgot about computer forensics.  But I digress.  I took Jimmy's place when he left and worked under and with Jesse Calendar.  My time in the CCU was almost strictly devoted to child pornography cases.  I would estimate that 75% of our cases were related to child pornography.  I feel that I was exposed to every grievous, heinous piece of media that was ever produced.  I know this isn't factual, but it is how it felt.  I often found myself caught up in thoughts of vigilantism and revenge.  There is no describing the toll these crimes take on the innocent children that are brutally victimized in these cases, and no way to measure the countless others affected by the crimes related to child pornography.  My work there was very emotionally, psychologically, physically, and spiritually draining.  When I took the job, I thought I would be able to contend with the work, but it took its toll on me in short order.  I tell you all this background because I feel I very much understand the system and, most of all, the egregious nature of the cases that I am sure you are adjudicating daily.  Although I know almost nothing about Josh's case, I know what he was charged with, and that is enough for me.  I also know the toll those cases took on me.  To say they, "kicked my butt" is an understatement.  I don't want to get too personal in this letter, but it was near the end of my tenure at DCI that I needed to seek out professional help to straighten out my life.  To say the job I did was the genesis of all the chaos in my life at that time would not be honest, but it was a large player.  What was a terrible time for me then, has transformed itself through a lot of personal, spiritual, and interpersonal healing and growth.  I now look on that time of my life as a blessing.  It was anything but that at the time.   I say all of that to give you a general understanding of my hesitancy in writing this letter, and to give you a brief synopsis of the background of the letter.

I came to know Josh because the counselor I had seen for my own issues for over a year asked me if I would be willing to talk to Josh after Josh sought help from him.  This was not an easy request because the counselor knew my background, the difficulties I had in my life, and the work I had done at DCI.  But he knew the reformation process I had been through and thought I may be able to assist Josh after he had been arrested for the charges that are facing him today.  I am not sure of the timeframe for when I met Josh, but I think that was approximately early 2020.  At that time, I invited Josh to participate in a small, weekly group meeting that is affiliated with the church we belong to in Helena, the South Hills Church of Christ.  Josh began attending and came to group weekly until he was taken into custody.  The several weeks he spent with our group is the only exposure that I have to Josh.  Having Josh join us was good for everyone involved.  It stretched our group by challenging us to set aside judgments and condemnations to try to get to know Josh and see him as a person.  It challenged Josh by putting him in the place of facing his guilt, his past, and his actions and doing so with a bunch of strangers that could easily eviscerate him for what he had done.  I had to face Josh every week and be graceful and

understanding.  This is a difficult task.  It's a difficult process to know how to be loving and accepting while maintaining the stance of never justifying, condoning, or enabling the actions that brought us together in the first place.  In our group Josh never rationalized, minimized, or justified anything he had done.  I never saw even a hint of the "criminal" mindset that I feel I can so easily spot in people after working in law enforcement for so long.  Josh took complete responsibility for what he had done.  He never shirked that responsibility when he was in our group.  It was that accountability that made me appreciate Josh on a far different level than I expected to when he joined our group.  I cannot speak to what he did.  I have no idea what the details are.  I don't know how deeply he was entrenched in the world and culture of child pornography.  I have no idea how he could be involved in that realm and seem so wholly responsible and accountable in our group, but I can say that is who he was and continues to be as we have continued to correspond through letters throughout his incarceration.  I cannot speak to his childhood.  I have no idea what kind of citizen he was before we met, and I have no idea where or how he will evolve in prison.  I feel that he has taken responsibility for the crimes he committed and has laid that down at the feet of God.  I understand and agree that taking responsibility does not excuse his actions, and I feel he deserves to be punished.  I have no idea how to mete out that punishment.  Thankfully, I don't have to figure out how to judge his actions in this life or the next.  I guess at least half of that job is yours.  I do not envy your position, but I am very thankful for your willingness to take it on.  I thank you for reading this letter and ask that you take all sides of the case into consideration when you pronounce Josh's judgment.

Very respectfully,

Cody Danielson

To The Honorable Brian Morris,

 08/12/2021


Re: United States v. Josh Fish, CR 21-01-H-BMM;


Dear Sir;


My name is Julie Millam, Real Estate Broker in Montana and Florida and I am writing to you as I have known Josh since he was a young boy. We met his parents Cindy and Dean at Hannaford Bible Church in Helena in which they attended regularly and I was Josh's Sunday School teacher.

Josh and his sister Jessica were a delight to have in class and were very well behaved and adjusted. Their parents became good friends of our and we have remained close to Cindy to this day and still attend Church together. I have always kept up on Josh and his career and his life through his Mom. Cindy has always prayed and cared for her children and loves them dearly. I have been at Cindy's side during this whole ordeal and have been helping her with her grief and standing by her as a true friend should.

I understand the brevity of this situation and I by no means mean to lessen the hurt and pain that all parties are experiencing. I come to you today only to ask for mercy for Josh. He lost his way. He got entangled in pornography and it took him down. Sin always takes you farther than you want to go and this tragedy is a prime example of this. The powerful testimonies of man and women who have gone down this road only serve as a warning to all that this can be devastating.

Josh needs help to get through this and the Bible says that "there is nothing impossible with God." I pray only for mercy in sentencing and also the family would love to be able to minister to him if he goes to Colorado to prison.

I understand how difficult it is for you as well as an Officer of the Court to make these judgements, as my Father is a retired Judge. I thank you to reading this letter and I pray for your wisdom in making hard decisions.


Respectfully Submitted,

Julie A. Millam- Broker

445 Bayshore Dr.

Cape Coral, Fl 33904

239-898-2558

Dear Honorable Brian Morris,

My name is Michael Andrew Rickey.  I have worked at a boutique investment banking firm in Phoenix, Arizona for the past 12 years and have been a Phoenix resident since 2000.  I recently completed my MBA from Arizona State University.

I worked with Josh Fish from July 2018 until his resignation in June 2020.  Josh and I worked together on the same team where I'm a Senior Associate.  Although Josh was not a direct report to me, I was mostly responsible for his training, guidance, and mentorship throughout his employment at the firm.  His cubicle was directly across from mine, which allowed for constant interaction, conversation, and camaraderie.

During the two years I worked next to Josh, I considered him one of the kindest, warmest, good-hearted friends I've had the opportunity to know.  He was positive, cheerful, and helpful.  After he learned the ins and outs of his profession, he would go out of his way to help newer employees learn the intricacies of our job.  I also found Josh to be very intelligent, a quick learner, and a dedicated hard worker.  From the day he started with the firm, he was well received by his coworkers, clients, and management, and he quickly made friends within the office.

I am aware of the criminal matters of which Josh has been convicted as well as his pending sentencing hearing.  I contacted Josh shortly after he resigned from our firm and returned to Montana.  At the time he would not disclose the nature of the situation, but that he was facing a lengthy incarceration.  During this call he tearfully discussed the damage and consequences he had caused to his family and friends, particularly to his girlfriend whom he had planned to eventually marry.  I learned of the crimes and his arrest from various news releases earlier this year.   I was incredibly surprised by this information as it seemed significantly out of character for the wholesome kid from Montana whom I worked with for two years.   When other coworkers also learned about his activity, their response was the same.

I feel that it is unlikely that Josh will repeat his offenses in the future.  During my conversations with Josh since he left our company, it seems that he has faced the weight and severity of his actions and I've found him to be remorseful for the damage it has caused to himself, his friends, and his family.  I have not met his family in Montana, but from what he's discussed at work he seems to have a strong support system at home.  I also firmly believe that Josh will lead a productive life after his release and serve as a strong contributor to his community and society.

What Josh did was wrong, and I feel that he should face the consequences of his actions.  With that context, I don't feel a lengthy incarceration would be in the best interest of Josh or for society as a whole.  It is my personal belief that Josh would be helped the most with therapy and guidance to help him determine the root causes of his actions, and how to ensure that it never happens again.  I've strongly encouraged him to seek counseling (if available) during his incarceration and after his release, and to utilize his spare time learning how correct and terminate this behavior pattern.

I believe that Josh is a good person who made bad decisions.  That being said, I also believe he will have a strong positive impact on his community in the future.  As I have mentioned, I have known Josh as a warm, kind-hearted, caring, wholesome person with a deep sense of care and concern for others.  If the opportunity to work together in a similar capacity were to arise at some point in the future, I would welcome it.

Thank you for your consideration.

Michael A. Rickey

Dear Honorable Brian Morris

My name is Melinie Feldman from Louisville, Colorado and I have worked in the title insurance industry for 31 years.  I have known Joshua Fish his whole life and consider him a nephew.

I am aware that Joshua has been convicted of a sex/child pornography-related offense and is about to be sentenced.  I realize he made an incredibly terrible choice but I believe in my heart that he would never want to cause harm to anyone.  If I had children, I know I would be able to trust him with them.  He has always had a good and sensitive heart and shown compassion for people and animals.  When he was visiting me a few years back we were at the grocery store picking up a few things.  He noticed an elderly gentleman with a cane struggling to put his groceries in the car.  Without thinking about it, he stopped and helped him load the 40lb box of kitty litter and the rest of his shopping bags in the car.  He has always been a thoughtful and sincere kid.

When I heard of his arrest, I was surprised and shocked.  I thought there must've been some mistake. After talking with him and the sincere remorse he exhibited, I don't believe he would ever repeat the offense or anything close to it again.  I understand he needs to be punished for the crime, but I would ask for leniency.  Josh is a soft hearted soul and incarceration has been a serious struggle for him. I believe he has a lot to contribute to the community both professionally and personally.

I hope you will consider my thoughts and belief's and only wish you could know Josh' heart and character as I do.

Thanks for your time,

Sincerely,

Melinie Feldman

741 Johnson St, Louisville, CO 80027

303-775-7142

August 3, 2021

Honorable Brian Morris,

My name is Sue Steichen, I have been an RN for 46 years in Great Falls, MT and am employed on an on-call basis for Alluvion Health.  I have previously served on Neighborhood Council 3 and fundraised for playground and basketball courts in 2 city parks.  I am writing to provide a character reference for Joshua Fish's upcoming sentencing hearing.

Joshua Fish dated my niece Kylie Myers for 6 years. I have interacted with Josh at numerous family events and visits.  Josh has always been a polite, kind, good hearted young man always willing to help anyone who needed help.   He has such a gentle caring spirit and I have known him to be a church going Christian, living a Christian life. I have never heard him cuss, mistreat or argue with anyone or do anything illegal until now.  Josh was easily accepted and loved as a family member.

So, you can imagine how incredibly shocked and crushed we all were to find out that Josh was heavily involved in pornography with young girls.  Never in a million years would I have ever imagined that about him.  He had a very promising future as a professional in business finance.   He had so much going for him.  I truly believe he is a perfect candidate for rehabilitation with treatment and accountability.

Respectfully,

Suzan Steichen

405 35th Ave NE

Great Falls, MT 59404

406 899 6691

**From:** Su Anders
**To:** palmer@hoovestal-law.com
**Subject:** Joshua Dean Fish
**Date:** Tuesday, August 03, 2021 8:32:11 PM

Dear Honorable Brian Morris:

My name is Susan Anderson. I am currently retired as of October, 2019. Before retiring I worked over 35 years in various management positions for Montana State Government; most recent was 16 years for Department of Public Health and Human Services as Office Manager for Disability Employment and Transitions Division. I also worked part-time for Family Outreach for 20 years, caring for children with disabilities.

I first met Josh Fish when he was 4 years old and attended the same Christian pre-school as my son. Dean and Cindy quickly became our good friends as our boys played together often. Josh was a considerate, happy child and was an awesome Boy Scout, always helping other kids with their projects once his was completed. My husband was the den leader and Josh was his favorite scout as he was respectful to his leader. Josh's Christian upbringing and positive family life contributed to him growing into a confident young man who I know will one day have a positive influence on his community.

When I first read of Josh's arrest I was in shock, and very sad, because I knew it was impossible that he understood the ramifications of his actions, or that he may be causing harm to someone. Josh is such a good man; I hate to see what incarceration will do to him. It's a very sad thing to witness - the possible destruction of a young life so honestly lived.

I have 11 nieces and great nieces aged 3 to 38 and I would trust Josh alone with any one of them. We have always trusted Josh and know that he will never harm or lay a hand on any child. I understand the seriousness of his mistake but I also believe in second chances. And Josh definitely deserves a second chance. I am aware of child abusers who get out of prison only to continue heinous crimes against children. But that will never be Josh. He is extremely remorseful, and he's learned and will continue to learn throughout his life, how his mistake has caused so much pain to so many.

Please consider a light sentence for Josh, and give him a second chance so that he can prove to you that he can be trusted. And will you please, please, see to it that he is protected in prison? Please isolate him from the danger he will likely face. Thank you very much.

Respectfully,
Susan Anderson

August 15, 2021


To the Honorable Brian Morris:


My name is Tracy Long for 33 years we owned TJ'S Vending and Distributing a snack, beverage and concession s business I sold my business in 2016 to Coke Cola Distributor and I'm now currently employed by them doing company service work.  I have always been active in kids sports coaching and supporting in all way's 60 years living in Helena.

My son met Josh in 7[iii] grade where they became close friends and stayed throughout high school with Josh spending a lot to time with us for sporting events, motorcycle riding, family camping trips and with traveling basketball in the junior high years and then high school football where their team won the State Championship game in football which both Josh and Slaten played a big part of.

Josh is the most polite shy kid in the group it is so hard for me to comprehend and believe that he committed this crime.  I truly believe he never realized what the consequences of this would be to him and his life.  I myself didn't have any idea this crime was such a high penalty.

Josh has always been a gentlemen and I still do not think he has a mean bone in his body – I seriously think prison will totally destroy him.  Rehabilitation would be a much better answer so some day he could be a productive person in our society and be a spokesman about this type of crime.  I do believe he knows he made a bad choice and I feel strongly that he would never do it again because it has hurt so many people in his life and I feel he has learned and he would do all the right things he needs to do to start his life over.  Please consider giving Josh a second chance and making his wrong right.

Thanks for reading my letter.


Sincerely,

Tracy Long

August 15, 2021


To the Honorable Brian Morris:


My name is Janice Long, I'm 59 years old and retired from the City of Helena after 37 years of service. I have 2 sons – Seth 32 and Slaten 28. I'm writing to you to on Josh Dean Fish's behalf he was a very good friend of my son Slaten Long. They met in Junior High and became fast friends. He was a very nice kid – they played football and ended up on the same traveling basketball team. We did many traveling games with Josh and his family and I have the utmost respect for them – we stayed at the same hotels and had many a weekend's close with their family and I only have good things to say about them. They treated both their kids very well and they always seems liked they enjoyed doing weekend activities and sports with Josh. They really put out great effort to support what he wanted to do.

Josh played all 4 years with Slaten in Football and was very successful their Capital team took the Championship in Football in 2012 which Slaten and Josh were a big part of. He played some basketball in highschool but not all four years as Slaten did but Josh was always at the games and was there in full support. They hung around all 4 years of high school and as a Mother I don't want to try and fool you they pulled some shenanigans by going to parties and a few white lies but in the big picture their group of kids they hung with were relatively good – no arrests or drugs every found. Our parenting was we knew they were drinking and going to parties we just stressed not to drive we would come pick them up we just talked religiously about drinking and driving they always were careful and never got into trouble.

Then when High School ended our son went to MT Tech with a football scholarship and pursuing a degree in Engineering. Which your time is owned by coaches and with a hard academic degree you don't have time for life outside of school and football. I think Slaten really lost touch with Josh other than a time or two come summer or with social media.

I have to tell you this has really opened my eyes – in thinking back when our son went to college we sat him down with a long talk about drugs, drinking, sex with girls, suicide and getting in with the wrong crowd – but I never ever thought porn was a thing. Oh how my eyes have opened. When Slaten came to our house that Sunday and told us about Josh I still to this day remember it. I was aghast and totally in disbelief that of all the kids Slaten was friends with I never in my life thought this would ever happen. We took him and Kylie to breakfast in Phoenix while we were there traveling just a awesome couple together and so kind and polite she was a kindergarten teacher and his job was well – all seemed like life was good!

Page 2

I really feel Josh must have had a weak moment in his life that he sought out these sex videos and it spiraled out of hand – as an addiction alcohol, gambling, etc the list goes on forever – if you don't ever let anyone know in your life that this is overtaking your life how can anyone step in and help.  His girlfriend had no clue as well as his family or friends.  He needs therapy and counseling help.  But to lock him up for so many years and throw away the key without giving him a second chance on life to help him – he could be a better productive person given a second chance then so many years in prison.  He is going to be destroyed in prison and being in the system for his crime with his size and his demeanor of never hurting a fly, he will be destroyed.  I know what he did was very wrong and he will pay for that title the rest of his life.

I'm so baffled by the possible years he could be sentenced without parole.  It seems to me that with no victim that was seriously harmed how could it carry such a long sentence?  I see on the news everyday of rapes, murders and serious crimes with victims that will never live life the same – they are getting less time in prison than what Josh is looking at?

I just beg you to take a hard look at Josh and yes he made a very poor decision and hurt many people in his life and he does need to pay for that sin but please consider him good therapy and counseling and let him try and rehabilitate his life.  Make harsh conditions on him and don't make it easy for him but please give him the possibility to rehab himself and have a life with his family and friends.

I thank you kindly for reading my letter on behalf of Josh Dean Fish.

Sincerely,

Janice Long

Dear Honorable Brian Morris

I an writing you today on behalf of my childhood and to this day my good friend Josh Fish.

My name is Slaten Long  and I am writing this letter in support of my friend Josh, in this letter I will do my best to talk about my friendship and the Josh Fish i know, this letter was very difficult for me to write with the crimes and circumstances around him,

I first met Josh in small fry football in Helena when we were in the 6th grade I believe we both played  small fry football and traveling basketball together that year. When growing up we played sports year round together and in the summer months we rode dirt bikes every chance we got, we did everything together with our friend group and we have been close friends from that point forward. I was confused and sadden when he was first arrested on the charges he was convicted of and can only hope that he will get a chance to be rehabilitated and once again become the same good friend I know he can be.

I wanted to take this time to describe to you how my friendship with josh is and what kind of person that I know and that I know he can be. Josh has always been a friend that is polite and dependable. He was lays the friend that weather it was in sports or hanging out with parents and friends you got the same Josh, a kid that says please and thank you on everything and make sure that if he was suppose to perform in sports or group of parents always got the kid polite kid. Josh did have a character flaw just like any other person out there, his flaw what I would sum up to be would be the grass is always greener on the other side. Weather it be in sports where he thought he should be in a different position or in a better spot. This character flaw was also in relationships, at the time this was nothing to be thought of then just who he is. I wish I could go back in time and address this characteristic and help him find a way to improve or even eliminate this flaw as I see it as a influence to is crimes.

I was able to sit down and talk with josh multiple times before he was incarcerated while awaiting his trial and sentencing. I have seen him at his lowest when talking with him and the remorse he had for his victims and his own family and friends. I have talked to him after he sought out help from a professional therapist dealing with individuals that have done crimes like him and the change from before an after is not measurable. I do feel that he needs help and rehabilitation to change him and I know he will be fully rehabilitated and will not repeat any kind of offense.

I have been close with josh and his family ever since middle school. From the days of playing small fry football and traveling basketball his family and my family have been very close. Spending so much time with josh and his family over the years I have noticed the family life he grew up with. His mom was very friendly and very religious trying to get both Josh and his sister Jessica to be also religious. His dad was the odd one out while being a good dad he was not into sports and was more the outdoors man and did his own thing. I feel Josh was in a family with parents drawn to different paths I life and having to try to adapt to both.

I know crimes that my friend josh  has committed are not easy for people to believe a person can change from or even be friends with that kind of person again, yes I was very mad and distraught over the crimes when he told me in person and apologized to me personally for doing and the shame that it has brought to his family and friends. I am and will always be a friend to Josh Fish that

will not change till the day I die. From the day he revealed his crimes to me I had the urge to do anything I could to help him get the help to change his behavior to never repeating his past crimes. All he asked for from me was forgiveness from his mistakes and that he was sorry to everyone he hurt. I told him that night I will not abandon him in his time of need and do what I can to help weather it be in supporting him in his therapy to just treating him like the old days in high school and middle school to make the dark days have a little bit of light.

I truly do believe that Josh can be rehabilitated with the right help. I know that he is looking at a long time in prison and all I can do is hope that he is going to get help in there. I do feel that going with the most harsh and long sentence could lead to negative and lost time in life for a first offender, I am by no means saying he should get no time but a sentence that can bring rehabilitation and positive life changing choices. I feel that the crimes Josh committed are some of the worst crimes to commit, I also think there is a chance for rehabilitation that changes a person whole life outlook. When talking with Josh he described the feeling he had when the investigators first arrested him and how he had almost a sense of release knowing he was going to get some form of help that at the time he could not get for himself. I truly believe he will be able to be back to a outstanding member of society.

I know there is so much more I would like to write and express to you Honorable Brian Morris but I wanted to express that I know Josh can be rehabilitated and that he will work to make himself a better person every day. I will remain close with Josh and his family while he is incarcerated. I wish I could express myself in person to give a real voice behind my thoughts but this letter will have to do. Josh family reached out to me to ask me to write this letter and told me I did not have to do the letter if I didn't feel comfortable talking on his behalf. I reach back out to his family saying I  wanted to and I wanted to show josh that not everyone he has know has given up on him and that I will be there for him to help him get on the right path and to get to the next step in life.


Thank you for taking the time to read my letter.


Sincerely,

Slaten Long

Theodore "Doros" Zachariades, PhD.
2113 Grinnell Dr.
Perryton, TX 79070


The Honorable Brian Morris:

Greetings, your Honor.

This letter is written as a testimony in support for Josh Fish.

My name is Theodore "Doros" Zachariades. I currently serve as Pastor of Southside Baptist Church Perryton, TX. I began my tenure here in April of 2021. Prior to that time, I served as an interim Pastor of Wolf Creek Baptist Church Wolf Creek, MT between October 2019 through October 2020. My wife and I met Mrs. Cindy Fish upon our arrival in Helena, MT, where we were seeking a home. Mrs. Fish allowed Chrisa, my wife, Nathan our son, and myself to stay in her home for about ten days. There we got to know about Cindy's family, especially about Jessica and Josh. Cindy had recently divorced from her husband, Dean. During our stay in Cindy's home, we immediately bonded and remained extremely close throughout my tenure as Mrs. Fish's minister.

My first encounter with Josh was after he was in Helena staying with his mother during all the pre-trial phase of the case against him. It is then that I learned first-hand from Josh what his mother had informed me about, namely that Josh had been involved in a minor/child pornography crime. This was a complete shock to me as I knew that Josh was raised in the church and had only positive influences during his upbringing. I knew that he was engaged and how devasted his family was concerning this charge. After coming to Helena, Joshua had met with an elder from our congregation, Scott Millam, and evidently had shown repentance and embraced a spiritual awakening. I began meeting with Josh on a weekly-semi-weekly basis as my schedule allowed, and during this time, Josh had opened-up to me, a Pastor, that he now acknowledged his wrong-doing. He was committed to telling the truth, admitting his guilt, and ready to undergo justice as it was rightly forthcoming. At times Josh showed a self-centered worry about his own future and the possible devastation of his life. At other times, he appeared genuinely

concerned about others and the lasting effects of his transgressions upon the victims and those closest to him.

During our visits, I endeavored to encourage Josh as he was clearly distraught. However, he showed deep longings to know more about the nature of God's forgiveness. We studied the book of Philippians together from the Bible over a few weeks. I kept meeting with Josh as much as I could till circumstances dictated otherwise as I had to take employment elsewhere when my interim Pastor position expired. Since then, I have written to Josh. He is still evidencing sorrow and deep remorse over his actions and how they have affected others.

If it would please, your Honor, I would ask for leniency in your sentencing of Josh. May Josh's otherwise clear record, his apparent remorse over his involvement in this scandalous child pornography matter, and his willingness to face justice, incline your Honor to mete out justice with an underscoring of mercy.

Cordially Yours,

Theodore Zachariades, PhD.