

Joshua (Boulder Community Hospital)
Andy Janet, with Joy.
10-30-93

Joshua with 2nd cousin
Lance Colclasure and Dee
Colclasure visiting our Cathedral



Joshua (Colorado white shirt) at his
Grandpa Colclasures house with
lots of Colclasure side of the family.

'06 8 13



Joshua feeding his stuffed pet.

Joshua 1½ - Busy always!



Joshua 11 months
Bath time.



Joshua 2½ - Loved to Play Ball.

Josh 7 months with a huge teddy bear his aunt Karen gave him.

Joshua 3 yrs - Took his bear sledding.

BIG BROTHER

5 yrs old Joshua





Joshua about to give his mommy flowers for her b-day.

Joshua's favorite place — with his cousins dog Jake and Grandfathers horse "Buck"





Joshua taught our dog "Boots" to catch this soccer ball and dribble it!

Joshua and our family dog "Boots". Helena, MT



Joshua holding the rabbit and the kids

Joshua with the family dog "Boots" and Cat "Dude"

12 21 '04

*Joshua riding one of the farm's horses*





Joshua 13th b-day. Didn't care for cake, so had an ice cream pie.



Joshua 11 yrs old — Took a tap class here in Helena.



Joshua very happy to get to hold his baby sister.



After a day of sun, at Grandma's house being goofy.



Joshua hugging sister Jessica, & she hugs back.



Joshua & Jessica before nightly story time.



Joshua & Jessica Canada trip



Joshua & Jessica (sister)



Joshua & Jessica had more fun in the box family sent Christmas gifts in than they did the gifts



Joshua & Jessica playing Pirates, He always included her.



Joshua & Jessica helping build another snowman!



JOSHUA DEAN FISH
BORN OCT. 30, 1993

Josh and his mom Cindy
and dad Dean Christmas card.

Joshua and his daddy.

Joshua 1½ blowing his
mom a "big kiss".



Joshua 7th b-day(?) and got a football.

Jessica jumping on her big brother Josh.

Joshua & Jessica-
"If we have to dress up, then so does our dog"



Joshua, Gretchen, Jessica
(cousin) (sister)

Joshua - camping trip in
Colorado with aunt Linda and
her son Dylan.

L-R: Joshua, Aunt Linda, Gretchen
(cousin), uncle Jay, family friend Melinie,
Dylan (cousin) and sister Jessica.



Joshua, mom, dad, sister.   (2000?)



Joshua, mom, dad, and sister.   2001



Joshua - family hike
12yrs   2005





Joshua (middle) with his
Cousins Katie and Jeramy Henry



Joshua and Grammy
men king up at Blue mesa Lake
in Colorado.

Cousin Katie gave Joshua
lipstick - whoops!





Joshua with great grandpa Colclasure

Joshua (front) with his Grammy Menking.





Joshua with his dad and sister.



Joshua- family trip





Joshua - Babe Ruth baseball
(bottom row - 4th person in) Loved
baseball!



Joshua- Struck out, went to... [handwriting partially illegible]

Joshua- Excellent pitcher



Joshua and family Christmas



Joshua + Jessica with great grandparents
Boulder, Colorado

Joshua holding his cousin Dylan and Gretchen at his aunt Linda's house.



Joshua, Jessica, Cody, Ean,
Friends: Heshua



Joshua with good friend
Leon in grade school.



Joshua top row, third
14yrs from left.
Baseball - Babe Ruth

Joshua (in red) with teammates
after winning the Small Fry football
senior division Championship. Helena, MT

Joshua - (top row 1st from right)
14yrs. with traveling "Helena Ice" basketball
team.



Joshua & Jessica first time to the beach... Jamaica and Jess giving Josh a smooch.

Joshua & Jessica - dressed up for something.

Joshua and Jessica both home from college for Christmas Still goofy together.

Joshua & Jessica after their dance/tap program.



Joshua & Jessica helping frost Christmas sugar cookies. Family tradition. ♡



Joshua with Jessica at her highschool graduation. 2014

Joshua with friends Boulder, Colorado 1995

Joshua with fellow dirt-biking friends.



Joshua (2nd from left) with good friends after high school graduation 2012

Joshua with good high school friends.

Joshua (white shirt) boating with school buddies.



Joshua & Jessica with our old neighbors Ron & Mary.





Joshua and Slaten. Joshua
[came to] watch Slaten
play football.



Joshua with Kylie at her
graduation from UM.



Joshua and Kylie at Josh's graduation from UM



Joshua with Dad, Grandad, Great Grandad



Joshua, sister Jessica, and Grandma ("B-ma") Patricia Fish



Joshua with Fish side of the
family after losing his great
Grandma Berg/Stuart.



Joshua, Jessica, Dean, Cindy
Football H.S. Senior recognition night.



Christmas Helena, MT at
[illegible] also Grammy Menking, & Great Grandparents and Dean.

Joshua H.S. graduation
with his aunt Jennifer Henry.
2012

Joshua H.S. graduation
with his aunt Linda Devereux.



Joshua with his aunt
Karen Dawson
2014

Joshua with his great
Grandma: Grandpa and sister.



Joshua # 71 - Small Fry football game with mom, dad, and sister with her homemade sign.

GO Capital! #71 Josh Fish

Joshua and his mom doing what they love.



Joshua - H.S. track

High school basketball team. Played freshman and sophomore year.



Moab Utah - Joshua, Dean, and friends dirt biking.



Joshua (1st from left) in Spokane w/a
Hoopfest with teammates and
friends.                    (2009?)



Joshua (with headband) with high school
friends who got a team together for
a dodge ball competition at their H.S.
They won the tournament "sitting Ducks"





Joshua (blue shirt & blue hat) H.S. Cheering for their basketball team.



Joshua #20 with teammates and friend. Jerus of H.S



Joshua #20 (front bottom) after their big win.

Hs. Football Awards - Joshua



Joshua's graduation from U of M.   2017