IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA DEAN FISH,<br><br>Defendants. | CR-21-01-H-BMM<br><br>ORDER |

A Restitution Hearing was held on November 15, 2021.  The Defendant, Joshua Fish (Fish) waived his right to be present in person and appeared by telephone. After discussion by the Court, witnesses testimony and argument by the parties, **IT IS HEREBY ORDERED** that restitution will be paid by Fish to the victim in the following amounts: $599.00 for the iPhone; $1,279.00 for counseling; and $53,500.00 for treatment at Sustain Recovery.

While incarcerated, criminal monetary penalty payments are due during imprisonment at the rate of not less than $25 per quarter, and payment shall be through the Bureau of Prisons' Inmate Financial Responsibility Program.  Criminal

monetary payments shall be made to the Clerk, United States District Court, Missouri River Courthouse, 125 Central Avenue West, Suite 110, Great Falls, MT 59404.

Upon release from imprisonment, the Fish will pay restitution at a monthly rate to be determined by the United States Probation Office.

DATED this 18th day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court